GEORGE DARDEN, Plaintiff-Appellant, *v.* RIVERDALE TERMINAL CORPORATION *et al.*, Defendants-Appellees.

(No. 54417;

First District—June 9, 1971.

*Abstract of Decision*

Opinion by Mr. JUSTICE DIERINGER.

Slutzky & Slutzky, of Chicago, (Edward A. Berman, of counsel,) for appellant.

Goldgehn & Leonardo, of Chicago, (Seymour R. Goldgehn and Robert A. Sprecher, of counsel,) for appellees.